**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE:<br><br>STEPHEN EDWARD CLAYTON<br>LAURA ANN CLAYTON<br><br>Debtors | Case No. 12-41353<br>Chapter 7 |

**DEBTORS' SECOND AMENDED OBJECTION TO CLAIM OF THE TEXAS GUARANTEED STUDENT LOAN CORP. (TG) CLAIM #8 AND NOTICE THEREOF**

COMES NOW the Debtors, Stephen Edward Clayton and Laura Ann Clayton, and hereby object to the claim of the Texas Guaranteed Student Loan Corp. (TG), Claim #8, on the ground that:

The U.S. Department of Education has approved a Total and Permanent Disability Discharge Application of the debtor, Laura Clayton, on Account No. ***1684 involving the following claims:

| Holder Name | Type | Date | Amount | School ID |
|---|---|---|---|---|
| Dept of Ed/Navient | Dir Stafford Subsidized | 08/31/2005 | $ 10,659 | 00249600 |
| Dept of Ed/Navient | Dir Stafford Subsidized | 07/17/2006 | $ 6,762 | 00249600 |
| Dept of Ed/Navient | Dir Stafford Subsidized | 09/15/2006 | $ 6,762 | 00249600 |
| Dept of Ed/Navient | Dir Stafford Unsubsidized | 08/31/2005 | $ 12,460 | 00249600 |
| Dept of Ed/Navient | Dir Stafford Unsubsidized | 07/17/2006 | $ 8,054 | 00249600 |
| Dept of Ed/Navient | Dir Stafford Unsubsidized | 09/15/2006 | $ 9,355 | 00249600 |
| Dept of Ed/Navient | Direct Consolidated Unsub | 11/01/1999 | $180,564 | N/A |
| Dept of Ed/Navient | Direct Consolidated Unsub | 01/30/2014 | $ 83,678 | N/A |
| Dept of Ed/Navient | Direct Consolidated Sub | 11/02/1999 | $ 2,995 | N/A |
| Texas Guaranteed Student Loan Corp | FFEL Plus | 12/17/2007 | $ 3,477 | 00251800 |
| Texas Guaranteed Student Loan Corp | FFEL Plus | 12/20/2007 | $ 2,305 | 00251800 |

Attached hereto is the documentation setting forth the discharge and satisfaction of any claim. As a result, any claim of the U.S. Department of Education, the Texas Guaranteed Student Loan Corp. (TG) and the Colorado Student Loan Program should be struck.

Edward J. Nazar, Attorney for Debtors
301 North Market, Suite 2000
Wichita, KS 67202-4820
316.267.2000 / 316.264.1518 fax

**NOTICE OF OBJECTION AND DEADLINE FOR WRITTEN RESPONSE**

TG
PO Box 83100
Round Rock, TX 78683-3100

ECMC
Attn Bankruptcy Department
PO Box 16408
St. Paul, MN 55116.0408

Nelnet, Inc.
121 South 13th Street
Lincoln, NE 68508

U.S. Department of Education
Litigation Support
50 Beale Street Suite 8629
San Francisco, CA 94105

Education Department
Office of General Counsel
400 Maryland Avenue SW Room 6E353
Washington, DC 20202-2110

Notice is hereby given that unless you file a written response to the above objection with the Clerk of the Bankruptcy Court, 444 SE Quincy, Room 240, Topeka, Kansas 66683, by the 1st day of August, 2016, the Court will sustain the objection without further notice. If you file a response a hearing will be held at U.S. Bankruptcy Court, 444 SE Quincy, Topeka, Kansas 66683 on the 10th day of August, 2016 at 1:30 p.m.

/s/Edward J. Nazar
Edward J. Nazar, #09845

**AFFIDAVIT OF SERVICE**

I hereby certify under penalty of perjury that I served a copy of this Second Amended Objection and Notice to the claimant, Texas Guaranteed Student Loan Corp (TG), and the U.S. Trustee on this 1st day of July, 2016.

/s/Rhonda Kane
Rhonda Kane, Legal Assistant

OMB No. 1845-0065
Form Approved
Exp. Date 6/30/2016

TPD-APP

# DISCHARGE APPLICATION: TOTAL AND PERMANENT DISABILITY

## IMPORTANT INFORMATION

- William D. Ford Federal Direct Loan Program
- Federal Family Education Loan Program
- Federal Perkins Loan Program
- TEACH Grant Program

*READ THIS FIRST*

- This is an application for a total and permanent disability discharge of your William D. Ford Federal Direct Loan (Direct Loan) Program, Federal Family Education Loan (FFEL) Program, and/or Federal Perkins Loan (Perkins Loan) Program loan(s), and/or your Teacher Education Assistance for College and Higher Education (TEACH) Grant Program service obligation.
- You only need to submit a single application to the U.S. Department of Education to apply for discharge of all of your Direct Loan, FFEL, and/or Perkins Loan program loans and your TEACH Grant service obligations. Throughout this application, the words "we," "us," and "our" refer to the U.S. Department of Education.
- To qualify for this discharge, you must meet one of the following requirements:
  1. You are a veteran who has been determined by the U.S. Department of Veterans Affairs (VA) to be unemployable due to a service-connected disability, and you provide documentation from the VA of that determination;

     *OR*

  2. You have received a Social Security Administration (SSA) notice of award for Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) stating that your next scheduled disability review will be 5 to 7 years or more from the date of your last SSA disability determination, and you provide a copy of that SSA notice of award.

     *OR*

  3. You provide a certification from a physician in Section 4 of this Discharge Application that you are unable to engage in any substantial gainful activity (see definition in Section 5) by reason of a medically determinable physical or mental impairment that:
     - Can be expected to result in death;
     - Has lasted for a continuous period of not less than 60 months; or
     - Can be expected to last for a continuous period of not less than 60 months.
- If you do not meet requirement #1 or requirement #2, you may qualify for discharge by obtaining a certification from a physician in Section 4 of this application, as described above for requirement #3. If you can provide the documentation to show that you meet requirement #1 or #2 above, you are not required to have a physician complete Section 4.
- If you are a veteran applying for discharge under requirement #1, you must provide documentation from the VA showing that the VA has determined that you are unemployable due to a service-connected disability. You do not meet this requirement if your disability is not service-connected. The following two types of VA determinations meet this requirement: (1) a determination that you have a service-connected disability (or disabilities) that is 100% disabling; or (2) a determination that you are totally disabled based on an individual unemployability determination.
- If you are applying for discharge under requirement #2, the SSA notice of award that you provide must show that your next scheduled disability review will be 5 to 7 years or more from the date of your last SSA disability determination. You do not meet this requirement if the notice of award states that your next scheduled disability review will be within less than 5 years. If the notice of award does not clearly state the date of your next scheduled review, contact the SSA office that issued the award and request a Benefits Planning Query (BPQY). The BPQY provides a summary of your SSA disability benefits, including the scheduled date for your next disability review. If your BPQY shows that your next scheduled review will be 5 to 7 years or more from the date of your last SSA disability determination, you may submit a copy of your BPQY to show that you meet requirement #2.
- If you are granted a discharge based on requirement #2 or requirement #3, we will monitor your status during a 3-year post-discharge monitoring period. Your discharged loans or TEACH Grant service obligation may be reinstated if you do not meet certain requirements during this period, as explained in Section 6 of this form.
- Except for VA or SSA determinations as described above (requirements #1 and #2), a disability determination by another federal or state agency does not qualify you for this discharge.
- Loan amounts discharged due to total and permanent disability may be considered taxable income by the Internal Revenue Service (IRS). Contact the IRS for more information.
- If you wish to designate an individual or organization to represent you in matters related to your total and permanent disability discharge request, you must complete the Total and Permanent Disability: Applicant Representative Designation form. You may obtain this form from our Total and Permanent Disability Discharge Servicer (see below for contact information).
- Before submitting your application, make sure that Section 3 and (if required) Section 4 include all requested information. Incomplete or inaccurate information may cause your application to be delayed or rejected.

*WHERE TO SEND YOUR COMPLETED DISCHARGE APPLICATION*

Send your completed application with any required documentation (see the instructions in Section 2 on page 2) to the following address:

U.S. Department of Education
TPD Servicing
PO Box 87130
Lincoln, NE 68501-7130

If you need help completing this form, contact our Total and Permanent Disability Discharge Servicer:

Phone: 1-888-303-7818
E-Mail: disabilityinformation@nelnet.net
Web site: www.disabilitydischarge.com



08158 8168861 023443 039079 00003/00060

OMB No. 1845-0065
Form Approved
Exp. Date 6/30/2018

# DISCHARGE APPLICATION: TOTAL AND PERMANENT DISABILITY

William D. Ford Federal Direct Loan, Federal Family Education Loan, Federal Perkins Loan, and TEACH Grant Programs

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form or on any accompanying documents will be subject to penalties that may include fines, imprisonment, or both, under the U.S. Criminal Code and 20 U.S.C. 1097.

## SECTION 1: APPLICANT IDENTIFICATION

Please enter or correct the following information.

☐ Check this box if any of your information has changed.

SSN [ ] - [ ] - 5 2 1 1 9

DOB 0 6 - 2 1 - 1 9 5 9

Name LAURA CLAYTON

Address 108 TUSCARORA LANE

City, State, Zip Code Greenwood, MO 64034

Telephone ( )

Account Number: 1684

E-mail Address (Optional)

## SECTION 2: INSTRUCTIONS FOR COMPLETING AND SUBMITTING THIS APPLICATION

- Carefully read the entire application, including page 1, the instructions in this section, and the additional information on the following pages.
- Type or print in dark ink. Sign and date the application in Section 3. If you are required to have a physician complete Section 4, enter your name and Social Security Number at the top of page 2 (if not preprinted).
- Send the completed application with any required documentation to:
  **U.S. Department of Education, TPD Servicing, PO Box 87130, Lincoln, NE 68501-7130**

1. Are you a veteran who has received a determination from the U.S. Department of Veterans Affairs (VA) that you are unemployable due to a service-connected disability?
   ☐ Yes – Attach documentation of the VA determination and complete Section 3. You are not required to have a physician complete Section 4.
   ☒ No – Continue to Item 2.

2. Have you received an SSA notice of award for SSDI or SSI benefits or an SSA Benefits Planning Query (BPQY) stating that your next scheduled disability review will be 5 to 7 years or more from the date of your last SSA disability determination?
   ☐ Yes – Attach a copy of the SSA notice of award or BPQY and complete Section 3. You are not required to have a physician complete Section 4.
   ☒ No – Complete Section 3 and have a physician who is a doctor of medicine or osteopathy complete and sign Section 4. You must submit this application to us within 90 days of the date of your physician's signature in Section 4.

## SECTION 3: APPLICANT'S DISCHARGE REQUEST, AUTHORIZATION, UNDERSTANDINGS, AND CERTIFICATIONS

I request that the U.S. Department of Education discharge my Direct Loan, FFEL, and/or Perkins Loan, program loan(s), and/or my TEACH Grant service obligation.

I authorize any physician, hospital, or other institution having records about the disability that is the basis for my request for a discharge to make information from those records available to the U.S. Department of Education.

I understand that:

(1) If I am applying for discharge based on a physician's certification in Section 4, I must submit this application to the U.S. Department of Education within 90 days of the date of my physician's signature in Section 4.

(2) Unless I am a veteran who provides the documentation described above in Section 2, Item 1, I may be required to repay a discharged loan or satisfy a discharged TEACH Grant service obligation if I fail to meet certain requirements during a post-discharge monitoring period, as explained in Section 5.

(3) If I am a veteran who does not meet the requirement described above in Section 2, Item 1, and I have obtained a certification from a physician in Section 4, the certification by the physician on this form is only for the purposes of establishing my eligibility to receive a discharge of a Direct Loan Program loan, a FFEL Program Loan, a Perkins Loan Program loan, and/or a TEACH Grant service obligation, and is not for purposes of determining my eligibility for, or the extent of my eligibility for, VA benefits.

(4) If I wish to designate an individual or organization to represent me in matters related to my total and permanent disability discharge request, I must complete and submit the Total and Permanent Disability Discharge: Applicant Representative Designation form.

I certify that: (1) I have a total and permanent disability, as defined in Section 5; and (2) I have read and understand the information on the discharge process, the terms and conditions for discharge, and the eligibility requirements to receive future loans or TEACH Grants as explained in Sections 6 and 7.

Laura Clayton (signature) — 3/24/16 — LAURA CLAYTON

Signature of Applicant or Applicant's Representative (see NOTE below) | Date | Printed Name of Representative (if applicable)

NOTE: You may designate an individual or organization to represent you in matters related to your total and permanent disability discharge request. If you wish to designate a representative, you must complete the Total and Permanent Disability: Applicant Representative Designation form. You may obtain this form from our Total and Permanent Disability Discharge Servicer. See the "Read This First" section of this form for contact information.

Applicant Name: LAURA CLAYTON Applicant SSN: __ - __ - 5 3 1 1 9

SECTION 4: PHYSICIAN'S CERTIFICATION

Information and Instructions for Physician:

- The applicant identified above is applying for a discharge of a federal student loan and/or a teaching service obligation for a federal grant on the basis that he or she has a total and permanent disability, as defined in Section 5 of this form. To qualify for a discharge, the applicant must be unable to engage in any substantial gainful activity (as defined below and in Section 5) by reason of a medically determinable physical or mental impairment that (1) can be expected to result in death; or (2) has lasted for a continuous period of not less than 60 months; or (3) can be expected to last for a continuous period of not less than 60 months. This disability standard may be different from standards used under other programs in connection with occupational disability, or eligibility for social service or veterans benefits. A determination that the applicant is disabled by another federal agency (for example, the Social Security Administration) or a state agency does not automatically establish the applicant's eligibility for this loan discharge.
- Complete this form only if you are a doctor of medicine or osteopathy legally authorized to practice in a state, as defined in Section 5, and only if the applicant's condition meets the definition of total and permanent disability in Section 5.
- Print legibly in dark ink or type. All fields must be completed. If a field is not applicable, enter "N/A." Your signature date must include month, day, and year (mm-dd-yyyy).
- Provide all requested information for Items 1, 2, and 3 below, and attach additional pages if necessary. Complete the physician's certification at the bottom of this page. The applicant's loan discharge application cannot be processed if the information requested in this section is missing or if your signature is missing.
- If you make any changes to the information you provide in this section, you must initial each change.
- Please return the completed form to the applicant or the applicant's representative. The U.S. Department of Education may contact you for additional information or documentation.

1. Medically Determinable Physical or Mental Impairment: Does the applicant have a medically-determinable physical or mental impairment that (a) prevents the applicant from engaging in any substantial gainful activity, in any field of work, and (b) can be expected to result in death, or has lasted for a continuous period of not less than 60 months, or can be expected to last for a continuous period of not less than 60 months?

☒ Yes ☐ No

Substantial gainful activity means a level of work performed for pay or profit that involves doing significant physical or mental activities, or a combination of both. *If the applicant is able to engage in any substantial gainful activity, in any field of work, you must answer "No." The determination of whether or not the applicant can perform substantial gainful activity is not based on whether the applicant can perform his or her current or past job or profession.*

**IF THE ANSWER TO QUESTION 1 IS NO, DO NOT COMPLETE THIS APPLICATION.**

2. Disabling Condition: Complete items (a) and (b) regarding the applicant's disabling impairment. Do not use abbreviations or insurance codes.

(a) Provide your diagnosis of the applicant's impairment: breast cancer, CHF, urinary incontinence

(b) Describe the severity of the disabling physical or mental impairment, including, if applicable, the phase of the disabling condition: severe – currently disabled, recovering

3. Limitations: Explain how the disabling condition prevents the applicant from engaging in substantial gainful activity in any field of work by responding to items (a) through (e) below, as relevant to the applicant's condition. Attach additional pages if more space is needed.

In addition to what is required below, you may include any additional information that you believe would be helpful in understanding the applicant's condition, such as medications used to treat the condition, surgical and non-surgical treatments for the condition, etc.

(a) Limitations on sitting, standing, walking, or lifting: can walk short distance due to heart failure.

(b) Limitations on activities of daily living: able to perform but requires all her energy

(c) Residual functionality: poor stamina, poor concentration, severe anxiety

(d) Social/behavioral limitations, if any: poor concentration + memory

(e) Current Global Assessment Function Score (for psychiatric conditions):

Physician's Certification

- I certify that, in my best professional judgment, the applicant identified above is unable to engage in any substantial gainful activity in any field of work by reason of a medically determinable physical or mental impairment that (1) can be expected to result in death; or (2) has lasted for a continuous period of not less than 60 months; or (3) can be expected to last for a continuous period of not less than 60 months.
- I understand that an applicant who is currently able to engage in any substantial gainful activity in *any* field of work does not have a total and permanent disability as defined on this form.

I am a doctor of (check one) ☒ medicine ☐ osteopathy/osteopathic medicine.

I am legally authorized to practice in the state identified below and I have provided my professional license number below.

KS

State Where Legally Authorized to Practice

Professional License Number (stamp is acceptable; subject to verification through state records)

[signature]

Physician's Signature (a signature stamp is not acceptable)

3-21-16

Date (mm-dd-yyyy)

Laurie Fisher MD

Printed Name of Physician (first name, middle initial, last name)

5701 W 119th St Ste 410

Address (stamp is acceptable)

Overland Park, KS, 66209

City, State, Zip Code

(913) 345 3650

Telephone

(913) 3451-1331

Fax

E-mail Address (Optional)

... than the date of your first SSA disability determination; or (ii) have a physician who is a doctor of medicine or osteopathy complete Section 4 of this application.

To demonstrate that you have a total and permanent disability in accordance with paragraph (2) of this definition, you must provide documentation of a determination from the VA that you are unemployable due to a service-connected disability. See page 1 of this form for more information on acceptable documentation.

The above definition of "total and permanent disability" may differ from disability standards used by other federal agencies. Except for certain individuals who have received SSA notices of award for SSDI or SSI benefits, as explained above, or for certain veterans, a disability determination by another federal or state agency does not establish your eligibility for a discharge of your loan(s) and/or TEACH Grant service obligation due to a total and permanent disability.

- **Substantial gainful activity** means a level of work performed for pay or profit that involves doing significant physical or mental activities, or a combination of both.
- A discharge of a loan due to a total and permanent disability cancels your obligation (and, if applicable, an endorser's obligation) to repay the remaining balance on your Direct Loan, FFEL, and/or Perkins Loan program loans. A discharge of a TEACH Grant service obligation cancels your obligation to complete the teaching service that you agreed to perform as a condition for receiving a TEACH Grant.
- The post-discharge monitoring period begins on the date we grant a discharge of your loan(s) or TEACH Grant service obligation and lasts for three years. If you fail to meet certain conditions at any time during or at the end of the post-discharge monitoring period, we will reinstate your obligation to repay your loan(s) or complete your TEACH Grant service. See Section 6 for more information.
  Note to Veterans: The post-discharge monitoring period does not apply if you are a veteran who receives a discharge based on a determination from the VA that you are unemployable due to a service-connected disability.
- The William D. Ford Federal Direct Loan (Direct Loan) Program includes Federal Direct Stafford/Ford Loans (Direct Subsidized Loans), Federal Direct Unsubsidized Stafford/Ford Loans (Direct Unsubsidized Loans), Federal Direct PLUS Loans (Direct PLUS Loans), and Federal Direct Consolidation Loans (Direct Consolidation Loans).
- The Federal Family Education Loan (FFEL) Program includes Federal Stafford Loans (both subsidized and unsubsidized), Federal Supplemental Loans for Students (SLS), Federal PLUS Loans, and Federal Consolidation Loans.
- The Federal Perkins Loan (Perkins Loan) Program includes Federal Perkins Loans, National Direct Student Loans (NDSL), and National Defense Student Loans (Defense Loans).
- The Teacher Education Assistance for College and Higher Education (TEACH) Grant Program provides grants to students who agree to teach full-time for at least four years in high-need fields in low-income elementary or secondary schools as a condition for receiving the grant funds. If a TEACH Grant recipient does not complete the required teaching service within eight years after completing the program of study for which the TEACH Grant was received, the TEACH Grant funds are converted to a Direct Unsubsidized Loan that the grant recipient must repay in full, with interest, to the U.S. Department of Education.
- The holder of your FFEL Program loan(s) may be a lender, a guaranty agency, or the U.S. Department of Education. The holder of your Perkins Loan Program loan(s) may be a school you attended or the U.S. Department of Education. The holder of your Direct Loan Program loan(s) and/or your TEACH Grant Agreement to Serve (if you received a TEACH Grant) is the U.S. Department of Education. Your loan holder may use a servicer to handle billing and other matters related to your loan. The term "holder" as used on this application means either your loan holder or, if applicable, your loan servicer.
- The term "state" for purposes of the physician's certification in Section 4 (the physician must be licensed to practice in a state) includes the 50 United States, the District of Columbia, American Samoa, the Commonwealth of Puerto Rico, Guam, the U.S. Virgin Islands, the Commonwealth of the Northern Mariana Islands, the Republic of the Marshall Islands, the Federated States of Micronesia, and the Republic of Palau.
- A representative is a member of your family, your attorney, a law firm or legal aid society, or another individual or organization authorized to act on your behalf in connection with your total and permanent disability discharge application.

### SECTION 6: DISCHARGE PROCESS / ELIGIBILITY REQUIREMENTS / TERMS AND CONDITIONS FOR DISCHARGE (continues on next page)

*APPLYING FOR DISCHARGE (ALL APPLICANTS):*

1. **Submission of discharge application.** After you submit your completed discharge application and any required documentation to us, we will send you a notice that will:
   - Acknowledge receipt of your application;
   - Explain the process for our review of total and permanent disability discharge applications; and
   - Inform you that your loan holders will suspend collection activity or continue the previous suspension of collection activity on your loans while we review your application for discharge (you are not required to make any payments on your loans during this period).
2. **Consequences of failure to submit discharge application.** If you do not submit an application for total and permanent disability discharge to us within 120 days of notifying us that you intend to submit an application, collection activity will resume on your loans, and your loan holder may capitalize any unpaid interest that accrued during the 120-day period. This means that the unpaid interest will be added to the principal balance of your loans, and interest will then be charged on the increased loan principal amount. However, if you have a FFEL Program loan and the loan holder is a guaranty agency, or if you have a Federal Perkins Loan, unpaid interest will not be capitalized at the end of the 120-day period.

SECTION 6: DISCHARGE PROCESS / ELIGIBILITY REQUIREMENTS / TERMS AND CONDITIONS FOR DISCHARGE (continued)

*DISCHARGE PROCESS FOR VETERANS WHO HAVE BEEN DETERMINED BY THE VA TO BE UNEMPLOYABLE DUE TO A SERVICE-CONNECTED DISABILITY:*

1. **Our review of your discharge application.** We will review the documentation from the VA to determine if you are totally and permanently disabled as described in paragraph (2) of the definition of "total and permanent disability" in Section 5 of this application.
2. **Determination of eligibility or ineligibility for discharge.** If we determine that you are totally and permanently disabled, you will be notified that your loans and/or TEACH Grant service obligation has been discharged. The discharge will be reported to nationwide consumer reporting agencies, and any loan payments received on your loan on or after the effective date of the determination by the VA that you are unemployable due to a service-connected disability will be refunded to the person who made the payments.

If we determine that you are not totally and permanently disabled, you will be notified of that determination. The notification will include:

- The reason or reasons for the denial of your discharge application;
- An explanation that your loans are due and payable to the loan holder under the terms of the promissory note that you signed and that your loans will return to the status they were in at the time you applied for a total and permanent disability discharge;
- An explanation that your loan holder will notify you of the date you must resume making payments on your loans; and
- An explanation that if you applied for a discharge of a TEACH Grant service obligation, you must comply with all terms and conditions of your TEACH Grant Agreement to Serve.

The notification will also explain your ability to request reconsideration of this determination or to submit a new discharge application:

- You may request that we re-evaluate your discharge application if, within 12 months of the date of the notification from us that you are ineligible for discharge, you provide us with additional documentation from the VA that supports your eligibility for discharge (you do not have to submit a new application); or
- If the documentation from the VA does not indicate that you are unemployable due to a service-connected disability, you may reapply for discharge under the "Discharge Process For All Other Applicants," as described below (you must submit a new application with the required documentation from the SSA or a physician's certification in Section 4).

*DISCHARGE PROCESS FOR ALL OTHER APPLICANTS:*

1. **Our review of your discharge application.** If you submit a discharge application supported by an award of benefits notice from the SSA or an SSA Benefits Planning Query (BPQY), we will review the SSA notice of award (or BPQY) to determine if it meets the requirements described in Section 2, Item 2 of this form. If you submit a discharge application supported by a physician's certification in Section 4 of this application, we will review the physician's certification and any accompanying documentation to determine if you are totally and permanently disabled as described in paragraph (1) of the definition of "total and permanent disability" in Section 5 of this application. We may also contact your physician for additional information, or may arrange for an additional review of your condition by an independent physician at our expense. Based on the results of this review, we will determine your eligibility for discharge.

   If we determine during our review of your application that you received a Direct Loan or Perkins Loan program loan, or a TEACH Grant before the date we received the SSA notice of award (or BPQY) or before the date the physician certified your application in Section 4, and a disbursement of that loan or grant is made after that date, but before we have granted a discharge, we will suspend processing of your discharge request until you ensure that the full amount of the disbursement is returned to the loan holder or (for a TEACH Grant) to us.

   If you apply for a total and permanent disability discharge and we determine as part of its review that a new Direct Loan or Perkins Loan program loan or a new TEACH Grant was made to you on or after the date we received the SSA notice of award (or BPQY) or the date the physician certified your application in Section 4, and before the date we grant a discharge, we will deny your discharge request. Collection will resume on your loans and you will again be responsible for complying with the terms and conditions of your TEACH Grant Agreement to Serve.

2. **Determination of eligibility or ineligibility for discharge.** If we determine that you are totally and permanently disabled, we will notify you that a discharge has been approved, and that you will be subject to a post-discharge monitoring period for three years beginning on the discharge date. The notification of discharge will explain the terms and conditions under which we will reinstate your obligation to repay your loan or to complete your TEACH service, as described in Item 3, below. The discharge will be reported to nationwide consumer reporting agencies, and any loan payments that were received after the date we received the SSA notice of award for SSDI or SSI benefits (or BPQY) or after the date the physician certified your discharge application will be returned to the person who made the payments.

   If we determine that you are not totally and permanently disabled, we will notify you of that determination. The notification will include:

   - The reason or reasons for the denial of your discharge application;
   - An explanation that your loans are due and payable to the loan holder under the terms of the promissory note that you signed and that your loans will return to the status that would have existed if your total and permanent disability discharge application had not been received;
   - An explanation that your loan holder will notify you of the date you must resume making payments on your loans;
   - An explanation that if you applied for a discharge of a TEACH Grant service obligation, you must comply with all terms and conditions of your TEACH Grant Agreement to Serve;
   - An explanation that you are not required to submit a new total and permanent disability discharge application if, within 12 months of the date of our notification to you that you are ineligible for discharge, you provide additional information regarding your disabling condition that supports your eligibility for discharge, and you request that we re-evaluate your discharge application; and
   - An explanation that if you do not request re-evaluation of your prior discharge application within 12 months of the date of our notification of ineligibility for discharge, and you still wish to have us re-evaluate your eligibility for a total and permanent disability discharge, you must submit a new total and permanent disability discharge application to us.
   - If you request a re-evaluation of your total and permanent disability discharge application or submit a new total and permanent disability discharge application, as described above, your request must include new information regarding your disabling condition that was not provided to us in connection with your prior application for discharge.

SECTION 6: DISCHARGE PROCESS / ELIGIBILITY REQUIREMENTS / TERMS AND CONDITIONS FOR DISCHARGE (continued)

3. Post-discharge monitoring period. If you are granted a discharge, we will monitor your status during the 3-year post-discharge monitoring period that begins on the date the discharge is granted. We will reinstate the requirement for you to repay your loans and/or complete your TEACH Grant service if, at any time during or at the end of the post-discharge monitoring period, you:

- Receive annual earnings from employment that exceed the poverty guideline amount (see Note below) for a family of two in your state, regardless of your actual family size;
- Receive a new loan under the Direct Loan Program or the Perkins Loan Program, or a new TEACH Grant;
- Receive a disbursement of a Direct Loan Program or Perkins Loan Program loan or a TEACH Grant that was initially disbursed prior to your discharge date and you fail to ensure that the disbursement is returned to the loan holder or (for a TEACH Grant) to us within 120 days of the disbursement date; or
- Receive a notice from the SSA indicating that you are no longer disabled or that your continuing disability review will no longer be the 5- to 7-year period indicated in the SSA notice of award for SSDI or SSI benefits or BPQY.

During the 3-year post-discharge monitoring period, you (or your representative) must:

- Promptly notify us of any changes in your address or telephone number;
- Promptly notify us if your annual earnings from employment exceed the poverty guideline amount for a family of two in your state (see Note below), regardless of your actual family size;
- Upon request, provide us with documentation of your annual earnings from employment, on a form that we will provide; and
- Promptly notify us if you receive a notice from the SSA indicating that you are no longer disabled or that your continuing disability review will no longer be the 5- to 7-year period indicated in the SSA notice of award for SSDI or SSI benefits or BPQY (after you had been previously determined to be disabled by the SSA, were receiving SSDI or SSI benefits, and had a continuing disability review period of 5 to 7 years or more from the date of your last SSA disability determination).

Note: The poverty guideline amounts are updated annually and may be obtained at http://aspe.hhs.gov/poverty. We will notify you of the current poverty guideline amounts during each year of the post-discharge monitoring period.

4. Reinstatement of obligation to repay discharged loans or complete discharged TEACH Grant service obligation. If you do not meet the requirements described above in Item 3 at any time during or at the end of the post-discharge monitoring period, we will reinstate your obligation to repay your loans and/or to complete your TEACH Grant service. If your loans are reinstated, you will be responsible for repaying your loans to us in accordance with the terms of your promissory note(s). Your loans will be returned to the status that would have existed if we had not received your total and permanent disability discharge application. However, you will not be required to pay interest on your loans for the period from the date of the discharge until the date your repayment obligation was reinstated. We will be your loan holder. If your TEACH Grant service obligation is reinstated, you will again be subject to the requirements of your TEACH Grant Agreement to Serve. If you do not meet the terms of that agreement and the TEACH Grant funds you received are converted to a Direct Unsubsidized Loan, you must repay that loan in full, and interest will be charged from the date(s) that the TEACH Grant funds were disbursed.

If your obligation to repay your loans or to complete your TEACH Grant service is reinstated, we will notify you of the reinstatement. This notification will include:

- The reason or reasons for the reinstatement;
- For loans, an explanation that the first payment due date on the loan following the reinstatement will be no earlier than 60 days following the date of the notification of reinstatement; and
- Information on how you may contact us if you have questions about the reinstatement, or if you believe that your obligation to repay a loan or complete TEACH Grant service was reinstated based on incorrect information.

SECTION 7: ELIGIBILITY REQUIREMENTS TO RECEIVE FUTURE LOANS OR TEACH GRANTS

*FOR VETERANS WHO RECEIVE A TOTAL AND PERMANENT DISABILITY DISCHARGE BASED ON A DETERMINATION BY THE VA THAT THEY ARE UNEMPLOYABLE DUE TO A SERVICE-CONNECTED DISABILITY:*

If you are a veteran who is granted a discharge based on a determination that you are totally and permanently disabled as described in paragraph (2) of the definition of "total and permanent disability" in Section 5 of this application, you are not eligible to receive future loans under the Direct Loan Program or the Perkins Loan Program, or future TEACH Grants, unless:

- You obtain a certification from a physician that you are able to engage in substantial gainful activity; and
- You sign a statement acknowledging that the new loan or TEACH Grant service obligation cannot be discharged in the future on the basis of any injury or illness present at the time the new loan or TEACH Grant is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled.

*FOR ALL OTHER INDIVIDUALS WHO RECEIVE A TOTAL AND PERMANENT DISABILITY DISCHARGE:*

If you are granted a discharge based on a determination that you are totally and permanently disabled in accordance with paragraph (1) of the definition of "total and permanent disability" in Section 5 of this application, you are not eligible to receive future loans under the Direct Loan Program or the Perkins Loan Program, or future TEACH Grants, unless:

- You obtain a certification from a physician that you are able to engage in substantial gainful activity;
- You sign a statement acknowledging that the new loan or TEACH Grant service obligation cannot be discharged in the future on the basis of any injury or illness present at the time the new loan or TEACH Grant is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled; and

If you request a Direct Loan Program or Perkins Loan Program loan, or a new TEACH Grant, within three years of the date that a previous loan or TEACH Grant was discharged, you resume payment on the previously discharged loan or acknowledge that you are once again subject to the terms of the TEACH Grant Agreement to Serve before receiving the new loan.

## SECTION 8: IMPORTANT NOTICES

**Privacy Act Notice.** The Privacy Act of 1974 (5 U.S.C. 552a) requires that the following notice be provided to you:

The authorities for collecting the requested information from and about you are §421 *et seq.*, §451 *et seq.*, §461 *et seq.*, and §420L *et seq.* of the Higher Education Act of 1965, as amended (the HEA) (20 U.S.C. 1071 *et seq.*, 20 U.S.C. 1087a *et seq.*, 20 U.S.C. 1087aa *et seq.*, and 20 U.S.C. 1070g *et seq.*) and the authorities for collecting and using your Social Security Number (SSN) are §§428B(f) and 484(a)(4) of the HEA (20 U.S.C. 1078-2(f) and 1091(a)(4)) and §31001(i)(1) of the Debt Collection Improvement Act of 1996 (31 U.S.C. 7701(c)). Participating in the Federal Family Education Loan (FFEL) Program, the William D. Ford Federal Direct Loan (Direct Loan) Program, the Federal Perkins Loan (Perkins Loan) Program, and/or the Teacher Education Assistance for College and Higher Education (TEACH) Grant Program and giving us your SSN are voluntary, but you must provide the requested information, including your SSN, to participate.

The principal purposes for collecting the information on this form, including your SSN, are to verify your identity, to determine your eligibility to receive a FFEL, Direct Loan, and/or Perkins Loan program loan or a TEACH Grant, to receive a benefit on a loan (such as a deferment, forbearance, discharge, or forgiveness) or a discharge of a TEACH Grant service obligation, to permit the servicing of your loan(s) or TEACH Grant(s), and, if it becomes necessary, to locate you and to collect and report on your loan(s) if your loan(s) become delinquent or in default. We also use your SSN as an account identifier and to permit you to access your account information electronically.

The information in your file may be disclosed, on a case-by-case basis or under a computer matching program, to third parties as authorized under routine uses in the appropriate systems of records notices.

For a loan or for a TEACH Grant that has not been converted to a Direct Unsubsidized Loan, the routine uses of the information that we collect about you include, but are not limited to, its disclosure to federal, state, or local agencies, to institutions of higher education, and to third party servicers to determine your eligibility to receive a loan or a TEACH Grant, to investigate possible fraud, and to verify compliance with federal student financial aid program regulations.

In the event of litigation, we may send records to the Department of Justice, a court, adjudicative body, counsel, party, or witness if the disclosure is relevant and necessary to the litigation. If this information, either alone or with other information, indicates a potential violation of law, we may send it to the appropriate authority for action. We may send information to members of Congress if you ask them to help you with federal student aid questions. In circumstances involving employment complaints, grievances, or disciplinary actions, we may disclose relevant records to adjudicate or investigate the issues. If provided for by a collective bargaining agreement, we may disclose records to a labor organization recognized under 5 U.S.C. Chapter 71. Disclosures may be made to our contractors for the purpose of performing any programmatic function that requires disclosure of records. Before making any such disclosure, we will require the contractor to maintain Privacy Act safeguards. Disclosures may also be made to qualified researchers under Privacy Act safeguards.

For a loan, including a TEACH Grant that has been converted to a Direct Unsubsidized Loan, the routine uses of this information also include, but are not limited to, its disclosure to federal, state, or local agencies, to private parties such as relatives, present and former employers, business and personal associates, to creditors, to financial and educational institutions, and to guaranty agencies to verify your identity, to determine your program eligibility and benefits, to permit making, servicing, assigning, collecting, adjusting, or discharging your loan(s), to enforce the terms of the loan(s), to investigate possible fraud and to verify compliance with federal student financial aid program regulations, to locate you if you become delinquent in your loan payments or if you default, or to verify whether your debt qualifies for discharge or cancellation. To provide default rate calculations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state or local agencies. To provide financial aid history information, disclosures may be made to educational institutions. To assist program administrators with tracking refunds and cancellations, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal or state agencies. To provide a standardized method for educational institutions to efficiently submit student enrollment status, disclosures may be made to guaranty agencies or to financial and educational institutions. To counsel you in repayment efforts, disclosures may be made to guaranty agencies, to financial and educational institutions, or to federal, state, or local agencies.

**Paperwork Reduction Notice.** According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a currently valid OMB control number. Public reporting burden for this collection of information is estimated to average 0.5 hours (30 minutes) per response, including the time for reviewing instructions, searching existing data resources, gathering and maintaining the data needed, and completing and reviewing the information collection. Individuals are obligated to respond to this collection to obtain a benefit in accordance with 34 CFR 674.61(a) or (c), 34 CFR 682.402(c)(2) or (c)(9), 34 CFR 685.213(b) or (c), and 34 CFR 686.42(b). Send comments regarding the burden estimate(s) or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Education, 400 Maryland Avenue, SW, Washington, DC 20210-4537, or e-mail ICDocketMgr@ed.gov and reference OMB Control Number 1845-0065. IMPORTANT: Do NOT return the completed Discharge Application to this address. If you return the completed form to this address, it will delay the processing of your application.

If you have comments or concerns regarding the status of your individual submission of this form, contact the U.S. Department of Education at 1-888-303-7818.



08158 6166661 023446 039886 00008/00000

May 04, 2016

nelnet
EDUCATION PLANNING & FINANCING

U.S. Department of Education
Information about your federal student loans

>053303 6370731 001 006187

LAURA CLAYTON
106 TUSCARORA LANE
GREENWOOD, MO 64034

Account Number: 1684

Dear LAURA CLAYTON:

The U.S. Department of Education (the Department) has completed its review of your Total and Permanent Disability (TPD) discharge application requesting discharge of your William D. Ford Federal Direct Loan (Direct Loan) Program loan, Federal Family Education Loan (FFEL) Program loan, Federal Perkins Loan (Perkins Loan) Program loan, and/or your Teacher Education Assistance for College and Higher Education (TEACH) Grant Program service obligation. Throughout this letter, we use the term "loan" to refer to one or more loans. In addition, we use the terms "you" and "your" to refer to the disabled individual who applied for discharge, LAURA CLAYTON.

Nelnet assists the Department in administering the TPD discharge process, and we will communicate with you on behalf of the Department concerning your discharge request.

Effective 05/04/2016, the Department has approved your application for discharge of the federal student loan or TEACH Grant service obligation identified below on the basis of your total and permanent disability. This letter contains important information regarding the TPD discharge.

Your holder(s) will now transfer your loan and/or your TEACH Grant service obligation to us for discharge and a 3-year post-discharge monitoring period, as described below. We will notify you again when we have discharged your loan and/or TEACH Grant service obligation.

We have instructed your loan holder(s) to return any loan payments that were received after your disability date to the person who made the payments. For this purpose, your "disability date" is the date we received the documentation of your Social Security Administration (SSA) notice of award for Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) benefits, or the date the physician certified your discharge application, depending on the type of documentation you provided to show that you are totally and permanently disabled.

**WHAT YOU NEED TO DO:**

- Information about your loan and/or TEACH Grant service obligation that will be discharged is shown below. Carefully review this information and notify us immediately if you do not see one of your loan holders or TEACH Grant service obligation holders included in the list. Also let us know if you do not see one of your loans or TEACH Grant service obligations included in the list, or if you continue to receive bills from your loan holder(s).

- Review the requirements for the 3-year post-discharge monitoring period and the conditions under which your obligation to repay your loan or complete your TEACH Grant service obligation may be reinstated

| Holder Name | Holder Phone | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Subsidized | 8/31/2006 | $10,659 | 00249600 |

T03

| Holder Name | Holder Phone | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Subsidized | 7/17/2006 | $6,762 | 00249600 |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Subsidized | 9/15/2006 | $6,762 | 00249600 |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Unsubsidized | 8/31/2005 | $12,460 | 00249600 |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Unsubsidized | 7/17/2006 | $8,064 | 00249600 |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Stafford Unsubsidized | 9/15/2006 | $9,355 | 00249600 |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Consolidated Unsubsidized | 11/1/1999 | $180,664 | N/A |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Consolidated Unsubsidized | 1/30/2014 | $83,678 | N/A |
| DEPT OF ED/NAVIENT | (570)-991-4377 | Direct Consolidated Subsidized | 11/2/1999 | $2,995 | N/A |
| Texas Guaranteed Student Loan Corporation | UNKNOWN | FFEL PLUS | 12/17/2007 | $3,477 | 00251800 |
| Texas Guaranteed Student Loan Corporation | UNKNOWN | FFEL PLUS | 12/20/2007 | $2,305 | 00251800 |
| USA FUNDS, INC. | (317)-598-4070 | FFEL Stafford Subsidized | 8/6/1991 | $0 | 00192800 |
| USA FUNDS, INC. | (317)-598-4070 | SL - Supplemental Loan - SLS | 8/27/1991 | $0 | 00192800 |

WHAT YOU NEED TO KNOW:

**Three-Year Post-Discharge Monitoring Period and Conditions for Reinstatement:**

As stated above, the Department has approved your application for discharge on the basis of your total and permanent disability and your loan and/or TEACH Grant service obligation will be transferred to us to be discharged. You will be subject to a monitoring period that will end three years from 05/04/2016. We will reinstate your obligation to repay your discharged loan or complete your discharged TEACH Grant service obligation if at any time during this monitoring period:

- You have annual employment earnings that exceed the Poverty Guideline amount for a family of two in your state, regardless of your actual family size (see www.disabilitydischarge.com for additional information);
- You receive a new Direct Loan, Perkins Loan, or TEACH Grant;
- You are disbursed a Direct Loan, Perkins Loan, or TEACH Grant received before the discharge is made, and you do not return the full amount within 120 days of the disbursement date; or
- You receive a notice from the SSA stating that you are no longer totally and permanently disabled, or that your disability review will no longer be the 5-year or 7-year review period indicated in your SSA notice of award for SSDI or SSI benefits

In addition, during the 3-year post-discharge monitoring period, you must promptly notify or respond to the Department if:

- You receive annual earnings from employment that exceed the Poverty Guideline amount for a family of two in your state, regardless of your actual family size;
- There is a change in your address or telephone number;

T03

- You receive a request to provide the Department with documentation of your annual earnings from employment; or

- You receive a notice from the SSA that you are no longer totally and permanently disabled, or that your disability review will no longer be the 5-year or 7-year review period indicated in your SSA notice of award for SSDI or SSI benefits

If your obligation to repay your loan or complete your TEACH Grant service obligation is reinstated under the conditions described above, you will again be responsible for repaying your loan or completing your TEACH Grant service obligation. However, you will not be required to pay interest that would have accrued on the loan during the time your loan was discharged due to TPD.

If your obligation to repay your loan or complete your TEACH Grant service obligation is reinstated, we will notify you of the reinstatement by U.S. Mail and return your loan to the status that existed at the time you applied for a TPD discharge. The notice of reinstatement will include:

- The reason(s) for reinstatement

- An explanation that the first payment due date on the reinstated loan will be no earlier than 60 days after the date of the notification of reinstatement

- Information on how you may contact the Department if you have questions about the reinstatement or believe that the Department's determination was based on incorrect information

**Eligibility for New Loans or TEACH Grants:**

After you receive a TPD discharge, you are not eligible to receive a new Direct Loan, Perkins Loan, or TEACH Grant in the future unless:

- You obtain a certification from a physician that you are able to engage in substantial gainful activity; and

- You sign a statement acknowledging that the new loan or TEACH Grant service obligation cannot be discharged in the future on the basis of any injury or illness present at the time the new loan or TEACH Grant is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled

In addition, if you request a new Direct Loan, Perkins Loan, or TEACH Grant at any time during the 3-year post-discharge monitoring period described above, you must resume payment on the previously discharged loan or acknowledge that you are once again subject to the terms of your TEACH Grant service obligation before you can receive the new loan or TEACH Grant.

**Tax Implications after Approval and Discharge of Your Loan Balances:**

The Department reports the discharge of any loan debt totaling $600.00 or more to the Internal Revenue Service (IRS) for the year that the loan was discharged. If your loans are discharged, we will send you an IRS Form 1099-C that will identify the total amount of your discharged debt. The amount of the discharged debt will be considered income for federal tax purposes and possibly for state tax purposes. You may want to consult with a tax professional to determine how this may affect your personal taxes.

**HOW TO CONTACT US:**

Written correspondence can be sent to:

U.S. Department of Education
P.O. Box 87130
Lincoln, NE 68501-7130

In addition, you can visit **www.disabilitydischarge.com** to check the status of your discharge application, upload any supporting documentation that we may request from you and/or update your personal information.

T03

If you have questions, you can call us seven days a week at 888.303.7818 from 8:00 a.m. to 8:00 p.m. (Eastern), or you can email us at **disabilityinformation@nelnet.net**. If you are hearing impaired, you may web chat with a representative by visiting **www.disabilitydischarge.com** and clicking Chat Now.

Sincerely,

Nelnet Total and Permanent Disability Servicer

T03